Per Curiam.
{¶ 1} Relator, Richard A. Burroughs, seeks a writ of mandamus ordering respondent, the Summit County Board of Elections, to certify him as an independent candidate for the city of Akron Ward 8 council position in the November 3, 2015 election.
{¶ 2} Burroughs submitted a nominating petition containing 24 valid signatures, one shy of the number required to qualify for the ballot. The board of elections rejected four petition signatures because they did not match the signatures on the electors’ voter-registration forms.
{¶ 3} On the authority of State ex rel. Crowl v. Delaware Cty. Bd. of Elections, 144 Ohio St.3d 346, 2015-Ohio-4097, 43 N.E.3d 406, we conclude that the board abused its discretion in rejecting the four petition signatures and in denying relator a place on the ballot. Accordingly, we grant the writ.
Writ granted.
Pfeifer, Kennedy, French, and O’Neill, JJ., concur.
O’Donnell, J., dissents.
*221 Warner Mendenhall, for relator.
Sherri Bevan Walsh, Summit County Prosecuting Attorney, and John F. Galonski, Assistant Prosecuting Attorney, for respondent.